**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00435-CV

**MY VACATION EUROPE, INC., Appellant**

**V.**

**CONNIE SIGEL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06937-E**

## ORDER

Because the clerk's record filed electronically April 18, 2014 is defective and a corrected

record was filed May 13, 2014, we **STRIKE** the April 18th record from the record of this cause.


/s/  ELIZABETH LANG-MIERS
    JUSTICE